```
1   ADAM WANG (STATE BAR NUMBER 201233)
    12 SOUTH FIRST STREET, SUITE 908
2   SAN JOSE, CA 95113
    TEL: (408) 421-3403
3   FAX: (408) 351-0261

4   ATTORNEY FOR PLAINTIFFS
    LULU YANG
5

6   PAUL GUMINA, ESQ.
    LAW OFFICES OF PAUL GUMINA
7   1735 N. FIRST ST.
    SUITE 300
8   SAN JOSE, CA 95112
    TEL: 408-885-9630
9   FAX: 408-885-9699

10  ATTORNEY FOR DEFENDANTS
    PRIMANEX CORPORATION, THEODORE YOUNG
11  GARY YOUNG, WINSTON LIANG & LI HUANG
```

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

| LULU YANG, | Case No.: 03-05788 JSW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS &** ~~[PROPOSED]~~ **ORDER** |
| PRIMANEX CORPORATION, ET AL | |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Lulu Yang and defendants Primanex Corporation, Theodore Young, Gary Young, Winston Liang & Li Huang, through their respective counsel, stipulate as follows:

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release on June 7, 2005.

Case 3:03-cv-05788-JSW Document 142 Filed 08/25/05 Page 2 of 2

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice. Each party is to bear its own costs and fees.

Dated: August 3, 2005

By: /s/ ADAM WANG
Adam Wang
Attorney for Plaintiff
LULU YANG

Dated: August 24, 2005

By: /s/ PAUL GUMINA
Paul Gumina
Attorney for Defendants
PRIMANEX CORPORATION,
THEODORE YOUNG,
GARY YOUNNG,
WINSTON LIANG & LI HUANG

---

[PROPOSED] ORDER

Pursuant to parties' stipulation, **IT IS SO ORDERED.**

Dated: August 25, 2005   By: /s/ Jeffrey S. White

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE